IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                              )
                                    )         CASE NO. 08-11422
MONIKA S. NEWSOME,                  )
                                    )         CHAPTER 13
         DEBTOR.                    )

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104**

**THIS PLEADING BEING FILED AND NOTICED PURSUANT TO M.D. AL L.B.R. 9007-1 PROCEDURES FOR: MODIFY CONFIRMED CH. 13 PLAN PURSUANT 3015(g)**

## MOTION TO AMEND CHAPTER 13 PLAN

COME(S) NOW THE DEBTOR(S), **MONIKA S. NEWSOME**, by and through counsel in the above styled cause, and file(s) this Motion to Amend Chapter 13 Plan. In addition the Debtor(s) state(s) as follows:

1.  The Debtor proposes the plan to surrender collateral back to USDA-RHS.

2.  The proposed Amended Plan is attached.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Debtor(s) pray(s) that this Court will allow the specified Amendment.

                                    Respectfully submitted,
                                    LUDLUM & GIL, L.L.C.


                                    By: _/s/ Rafael Gil III_____
                                    Rafael Gil III
                                    Attorney for the Debtor

OF COUNSEL:

LUDLUM & GIL, L.L.C.
111 Adris Place
Dothan, Alabama 36303
(334) 673-0100
(334) 673-1300 FAX
rgil@wiregrassattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following by electronic service and first class mail, postage prepaid and properly addressed, on this the 30th day November, 2011.

Honorable Curtis Reding
Chapter 13 Trustee
VIA CM/ECF

AMSOUTH
C/O Rjm Acq LLC
575 Underhill Blvd. Ste 2
Syosset, NY 11791

BADCOCK FURNITURE
Legal Dept.
Post Office Box 232
Mulberry, FL 33860

CAPITAL ONE BANK
P.O. Box 30285
Salt Lake City, UT 84130-0285

CB&T OF SE ALABAMA
Ozark Financial Center
500 East Andrews Ave
Ozark, AL 36360

CENTRIX FINANCIAL
5690 Dtc Blvd, Suite 270
Engelwood, CO 80111

CENTURYTEL
Attn: Billing
PO Box 6001
Marion, LA 71260

CREDIT CENTRAL HHG
133 SE Ave
Ozark, AL 36360

CRIMSON EMERGENCY PHYSICIAN
PO Box 41417 Dept 61
Philadelphia, PA  19101


DALE MEDICAL CENTER
126 Hospital Ave
Ozark, AL  36360


DALE MEDICAL PRACTICE
C/O Holloway Credit Solution
PO Box 6441
Dothan, AL  36302


ED FINANCIAL SERVICES
Post Office Box 36014
Knoxville, TN  37930-6014


FIRST PREMIER BANK
Post Office Box 5524
Sioux Falls, SD  57117-5524


FLOWERS HOSPITAL
Post Office Box 6907
Dothan, AL  36301


HSBC/TAX
90 Christiana Rd
New Castle, DE  19720


LABORATORY CORPORATION OF AMERICA
Holdin
PO Box 2240
Burlington, NC  27216


LEWIS, BRACKIN, FLOWERS & JOHNSON
265 West Main Street
Dothan, AL  36301


OB/GYN ASSOC. OF MONTGOMERY
440 Taylor Rd. Ste. 3200
Montgomery, AL  36117


PATRICIA CONOVER, ESQ.
U.S. Attorney
Post Office Box 197
Montgomery, AL  36101


RODEO MEXICAN REST 1 OZARK
151 N US Hwy 231
Ozark, AL  36360

SE AL MED CTR. PROFEE
1108 Ross Clark Circle
Dothan, AL  36301


SPRINT
P.O. Box 740602
Cincinatti, OH  45274-0602


STATEMED OZARK
PO Box 863
Ozark, AL  36361


T-MOBILE
3113 Ross Clark Circle
Dothan, AL  36303


TITLEMAX OF ALABAMA
2205 South US 231
Ozark, AL  36360


TJ MAXX 27
3500 Ross Clark Circle
Dothan, AL  36303


TROY EMERGENCY PHYSICIANS
PO Box 5406
Cincinnati, OH  45273


TROY REGIONAL MEDICAL CENTER
PO Box 403630
Atlanta, GA  30384


TROY UNIV A R PR
500 University Dr
Dothan, AL  36301


TRS RECOVERY SERVICES, INC
5251 Westheimer
Houston, TX  77056


US DEPT OF VETERANS AFFAIRS
PO Box 11930
Saint Paul, MN  55111


USDA-RHS
Post Office Box 66805
St. Louis, MO  63166

WACH/REC
PO Box 3117
Winston Salem, NC 27102

WACHOVIA
293 Andrews Ave
Ozark, AL 36360

WACHOVIA EDUCATION PLAN
PO Box 13667
Sacramento, CA 95853

                                                    /s/ Rafael Gil III_____
                                                  Of Counsel